UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **NATURAL RESOURCES DEFENSE COUNCIL, INC.,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**ENVIRONMENTAL PROTECTION AGENCY,**<br><br>**Respondent.** | **Case No. 26-3769 (Consolidated)** |
| **NATURAL RESOURCES DEFENSE COUNCIL, INC.,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**ENVIRONMENTAL PROTECTION AGENCY,**<br><br>**Respondent.** | **Case No. 26-3770 (Consolidated)** |

# JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE

Respondent the U.S. Environmental Protection Agency ("EPA") and Petitioner Natural Resources Defense Council, Inc. ("NRDC") jointly move this Court to adopt the briefing schedule proposed in this motion and to proceed using a deferred joint appendix pursuant to Fed. R. App. P. 30(c).

EPA's counsel has conferred with Petitioner NRDC and Movant-Intervenor the State of Ohio, who consent to the relief requested in this motion.

The current operative briefing schedule set the Opening Brief deadline the day before Thanksgiving Day, November 25, 2026. Dkt. No. 15. The Response Brief is scheduled for one month later, December 28, 2026. *Id.*

The Parties respectfully request a longer briefing schedule to address the complex issues raised in these cases and to accommodate conflicting leaves of absence expected around the November-January holiday period. Based on common practice in cases challenging EPA action under the Clean Air Act, the Parties suggest that 60 days from the Opening Brief would be necessary for EPA's Response Brief, and 30 days from the Response Brief would be necessary for the Reply Brief. The Parties additionally request modest extensions to these defaults to accommodate for expected school closures, attorney leave, and support staff unavailability associated with Thanksgiving, Christmas, New Year's Day, and NRDC counsel's children's Spring Break in March 2027.

Also consistent with routine practice in cases like this one, the

Parties propose to utilize a deferred appendix pursuant to Federal Rule of Appellate Procedure 30(c). This would mean the Parties file initial briefs citing directly to the administrative record, followed by concurrently filing final briefs citing the deferred Joint Appendix.

These modest extensions and using a deferred appendix approach result in the below proposed schedule:

| | |
|---|---|
| Friday, December 4, 2026: | Petitioner's Initial Opening Brief |
| Tuesday, February 23, 2027: | EPA's Initial Response Brief |
| Tuesday, March 2, 2027: | Intervenor's Initial Brief[1] |
| Wednesday, April 7, 2027: | Petitioner's Initial Reply Brief |
| Wednesday, April 21, 2027: | Joint Appendix |
| Wednesday, April 28, 2027: | Final Briefs |

The parties respectfully request that the Court grant this motion and enter the proposed briefing schedule:

Respectfully submitted this October 30, 2026,

[1] If the Court grants Movant-Intervenor's motion to intervene, Dkt. No. 6.

/s/ Sarah A. Buckley
Sarah A. Buckley
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, D.C. 20005
sbuckley@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Daniel J. Martin
DANIEL J. MARTIN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-1869
Daniel.Martin3@usdoj.gov

*Counsel for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ DanielJMartin*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2) because it contains 348 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Century Schoolbook fourteen-point font.

*/s/ DanielJMartin*